NUMBER 13-05-536-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

___________________________________________________________________

 

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.,    Appellant,

 

                                           v.

 

ARMANDO
ALVAREZ, INDIVIDUALLY AND D/B/A 

ALVAREZ TRUCKING,                                                Appellee.

___________________________________________________________________

 

                 On appeal from the 404th  District Court

                          of Cameron
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

Memorandum
Opinion Per Curiam

 








Appellant, CLEAN
HARBORS ENVIRONMENTAL SERVICES, INC., perfected an appeal from a judgment
entered by the 404th District Court of Cameron
County, Texas, in cause number 2003-06-3250-G.  After the record and briefs were filed, the
parties filed a joint motion to dismiss the appeal.  In the motion, the parties state that they
have reached an agreement to settle and compromise their differences in this
matter.  The parties request that the
appeal be dismissed.

The Court, having
considered the documents on file and the joint motion to dismiss the appeal, is
of the opinion that the motion should be granted.  The joint motion to dismiss is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 2nd day of March, 2006.